IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PNC Equipment Finance, LLC,
*successor by merger on behalf of PNCEF, LLC*
*f/k/a* National City Commercial Capital Co, LLC
*f/k/a* National City Commercial Capital Corp.,

    Plaintiff(s)

vs.

Mark Mariani, et al.,

    Defendant(s)

Case Number: 1:14cv663

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 16, 2015 a Report and Recommendation (Doc. 23). Subsequently, defendant Harry Carr filed objections to such Report and Recommendation (Doc. 26) and plaintiff filed a response to the objections (Doc. 27).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ORDERED that defendant Harry Carr's motion to dismiss (Doc. 16) is **DENIED.**

IT IS SO ORDERED.

                              ___s/Susan J. Dlott_____
                              Judge Susan J. Dlott
                              United States District Court