IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PNC Equipment Finance, LLC,

    Plaintiff(s),

vs.

Mark Mariani, et al.,

    Defendant(s).

Case Number: 1:14cv663

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 8, 2017 a Report and Recommendation (Doc. 51). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 54).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, the Court finds there is no question of fact and plaintiff's motion for summary judgment (Doc. 39) is well-taken and is GRANTED.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court