IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PNC Equipment Finance, LLC,

       Plaintiff(s),

vs.

Mark Mariani, et al.,

       Defendant(s).

Case Number: 1:14cv663

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 19, 2018 a Report and Recommendation (Doc. 67). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 68) and plaintiffs filed a response to the objections (Doc. 69).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion to clarify the Clerk's judgment (Doc. 57) is GRANTED. The judgment is modified as follows: Judgment is GRANTED in favor of Plaintiff PNC Equipment Finance, LLC, and jointly and severally against Defendants Harry Carr and Mark Mariani in the amount of $26,421,527.03, plus post-judgment interest accruing from March 23, 2017 at the legal rate.

Defendant Harry Carr's motions to amend, vacate, stay and/or provide relief from judgment (Doc. 63) is DENIED.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court